

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00056-CV

| | | |
|---|---|---|
| GEORGE MANOR, Appellant | § | On Appeal from the 415th District Court |
| | § | |
| V. | | of Parker County (CV15-1444) |
| | § | |
| | | December 31, 2019 |
| | § | |
| JUDY IONE MANOR, Appellee | | Opinion by Judge Gonzalez |

## JUDGMENT ON REHEARING

After reviewing appellant's motion for rehearing, we deny the motion. We withdraw our October 17, 2019 opinion and judgment and substitute the following.

Having overruled appellant's dispositive issues on appeal, we affirm the trial court's judgment and lift the stay previously ordered by this court.

It is further ordered that appellant George Manor shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Ruben Gonzalez_____
Judge Ruben Gonzalez